IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

BOUNKHAM "BOU BOU" PHONESAVANH, :
a Minor proceeding by and through his Parents: 
and Natural Guardians as Next Friends, and   :
BOUNKHAM PHONESAVANH and                      :
ALECIA PHONESAVANH, Individually and          :
as Parents of BOUNKHAM "BOU BOU"              :
PHONESAVANH,                                  :
                                              :
    Plaintiffs,                            :
                                              :  CIVIL ACTION FILE
  vs.                                         :
                                              :  NO. 2:15-CV-0024-RWS
CHARLES LONG in his Individual Capacity       :
MATTHEW WURTZ, in his Individual              :
Capacity, JASON STRIBLING, in his             :
Individual Capacity, NIKKI AUTRY, in her      :
Individual Capacity, MURRAY KOGOD, in his:
Individual Capacity, JONATHAN ROBERTS,        :
in his Individual Capacity, SHERIFF JOEY      :
TERRELL, in his Individual Capacity,          :
PAUL CHESEBORO, in his Individual             :
Capacity, and JOHN DOE, in his Individual     :
Capacity,                                     :
                                              :
    Defendants.                             :

**STIPULATION OF DISMISSAL OF DEFENDANTS ROBERTS AND CHESEBORO**

COME NOW the Plaintiffs, by and through counsel, pursuant to a partial Settlement Agreement and with consent of counsel for Defendants Roberts and Cheseboro, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), does hereby

enter into this Stipulation of Dismissal of these named defendants only. The case will remain pending against all other Defendants.

This the 18th day of June, 2015.

                                Respectfully submitted,

                                */s/ Richard W. Hendrix*
                                Richard W. Hendrix
                                Georgia Bar No. 346750
                                Steven R. Wisebram
                                Georgia Bar No. 771350
                                Co-Counsel for Plaintiffs
                                FINCH McCRANIE, LLP
                                225 Peachtree Street, NE
                                1700 South Tower
                                Atlanta, GA 30303
                                (404) 658-9070
                                rhendrix@finchmccranie.com
                                swisebram@finchmccranie.com

Consented to by:

*/s/ Austin Perry*
Austin Perry
Attorney for Defendants
Paul Cheseboro and Jonathan Roberts

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, I electronically filed the above pleadings with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| John A. Dickerson<br>Austin L. Perry<br>McClure, Ramsay, Dickerson<br> & Escoe, LLP<br>P. O. Drawer 1408<br>Toccoa, GA 30577 | Mawuli Mel Davis<br>Candice D. McKinley<br>Davis Bozeman Law, P.C.<br>4153 Flat Shoals Parkway,<br>Bldg C, Ste. 332<br>Decatur, GA 30034 |
| Bruce M. Edenfield, P.C.<br>232 East Main Street<br>Dahlonega, GA 30533 | Wayne S. Melnick<br>A. Ali Sabzevari<br>Freeman, Mathis & Gary, LLP<br>100 Galleria Parkway, Suite 1600<br>Atlanta, GA 30339-5948 |
| John C. Jones<br>248 Roswell Street<br>Marietta, GA 30060 | |

This the 18th day of <u>June</u>, 2015.

/s/ Richard W. Hendrix
Richard W. Hendrix
Georgia Bar No. 346750
Steven R. Wisebram
Georgia Bar No. 771350
Co-Counsel for Plaintiffs
FINCH McCRANIE, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303
(404) 658-9070

rhendrix@finchmccranie.com
swisebram@finchmccranie.com

**CERTIFICATION OF FONT**

This certifies that pursuant to LR 5.1, N.D., GA, the above and foregoing has been prepared using Times Roman New font, 14 point.

This 18th day of June, 2015.

                         Respectfully submitted,

                         *Richard W. Hendrix*
                         Richard W. Hendrix
                         Georgia Bar No. 346750
                         Steven R. Wisebram
                         Georgia Bar No. 771350
                         Co-Counsel for Plaintiffs
                         FINCH McCRANIE, LLP
                         225 Peachtree Street, NE
                         1700 South Tower
                         Atlanta, GA 30303
                         (404) 658-9070
                         rhendrix@finchmccranie.com
                         swisebram@finchmccranie.com