IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BOUNKHAM "BOU BOU" PHONESAVANH, a Minor proceeding by and through his Parents: and Natural Guardians as Next Friends, and BOUNKHAM PHONESAVANH and ALECIA PHONESAVANH, Individually and as Parents of BOUNKHAM "BOU BOU" PHONESAVANH, <br><br>    Plaintiffs, <br><br> vs. <br><br> CHARLES LONG in his Individual Capacity MATTHEW WURTZ, in his Individual Capacity, JASON STRIBLING, in his Individual Capacity, NIKKI AUTRY, in her Individual Capacity, MURRAY KOGOD, in his Individual Capacity, JONATHAN ROBERTS, in his Individual Capacity, SHERIFF JOEY TERRELL, in his Individual Capacity, PAUL CHESEBORO, in his Individual Capacity, and JOHN DOE, in his Individual Capacity, <br><br>    Defendants. | CIVIL ACTION FILE <br><br> NO. 2:15-CV-0024-RWS |

## MOTION TO APPROVE DISMISSAL OF DEFENDANTS CHESEBORO AND ROBERTS AND BRIEF IN SUPPORT THEREOF

COME NOW the Plaintiffs, by and through counsel, and hereby moves this

Court to approve the Stipulation of Dismissal without Prejudice filed with respect to

Defendants Roberts and Cheseboro. As grounds for this Motion, the Plaintiffs would show the Court the following:

As this Court knows, the insurance carrier for the City of Cornelia (the Georgia Interlocal Risk Management Agency - GIRMA) has entered into a partial Settlement Agreement with the Plaintiffs. As a result of this partial Settlement Agreement, the Plaintiffs reserved the right to continue their case against all other defendants who may be covered by or named in other insurance policies/coverage agreements and for whom there may be additional liability coverage. The Plaintiffs do not believe that Defendants Roberts and Cheseboro are covered under any other policies issued other than that issued by the settling insurance carrier for the City of Cornelia, GIRMA. Accordingly, the Plaintiffs desire to voluntarily dismiss these defendants as provided by the Federal Rules of Civil Procedure 41(a)(1)(A). As per the terms of the Stipulation, the case will remain pending against all other defendants named in this action <u>other</u> <u>than</u> these two defendants (defendants Roberts and Cheseboro).

Having entered into a Settlement Agreement with GIRMA and defendants Roberts and Cheseboro, the Plaintiffs would ask that this Court grant this Motion to Approve the Stipulation of Dismissal of Defendants Roberts and Cheseboro pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A) per the terms of the attached

Stipulation filed in this action on today's date. The Plaintiffs would represent to the Court that all other remaining defendants to this action have no objection to the entry of an Order dismissing these two defendants from this case. A proposed Order is attached.

This the 18th day of June, 2015.

Respectfully submitted,

*/s/ Richard W. Hendrix*
Richard W. Hendrix
Georgia Bar No. 346750
Steven R. Wisebram
Georgia Bar No. 771350
Co-Counsel for Plaintiffs
FINCH McCRANIE, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303
(404) 658-9070
rhendrix@finchmccranie.com
swisebram@finchmccranie.com

**CERTIFICATE OF SERVICE**

I hereby certify that on today's date, I electronically filed the above pleadings with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| John A. Dickerson<br>Austin L. Perry<br>McClure, Ramsay, Dickerson<br> & Escoe, LLP<br>P. O. Drawer 1408<br>Toccoa, GA 30577 | Mawuli Mel Davis<br>Candice D. McKinley<br>Davis Bozeman Law, P.C.<br>4153 Flat Shoals Parkway,<br>Bldg C, Ste. 332<br>Decatur, GA 30034 |
| Bruce M. Edenfield, P.C.<br>232 East Main Street<br>Dahlonega, GA 30533 | Wayne S. Melnick<br>A. Ali Sabzevari<br>Freeman, Mathis & Gary, LLP<br>100 Galleria Parkway, Suite 1600 |
| John C. Jones<br>248 Roswell Street<br>Marietta, GA 30060 | Atlanta, GA 30339-5948 |

This the 18th day of June, 2015.

/s/ Richard W. Hendrix
Richard W. Hendrix
Georgia Bar No. 346750
Steven R. Wisebram
Georgia Bar No. 771350
Co-Counsel for Plaintiffs
FINCH McCRANIE, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303

(404) 658-9070
rhendrix@finchmccranie.com
swisebram@finchmccranie.com

## **CERTIFICATION OF FONT**

This certifies that pursuant to LR 5.1, N.D., GA, the above and foregoing has been prepared using Times Roman New font, 14 point.

This 18th day of June, 2015.

                                                Respectfully submitted,

                                                *Richard W. Hendrix*
                                                Richard W. Hendrix
                                                Georgia Bar No. 346750
                                                Steven R. Wisebram
                                                Georgia Bar No. 771350
                                                Co-Counsel for Plaintiffs
                                                FINCH McCRANIE, LLP
                                                225 Peachtree Street, NE
                                                1700 South Tower
                                                Atlanta, GA 30303
                                                (404) 658-9070
                                                rhendrix@finchmccranie.com
                                                swisebram@finchmccranie.com