IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

BOUNKHAM "BOU BOU" PHONESAVANH, :
a Minor proceeding by and through his Parents: 
and Natural Guardians as Next Friends, and  :
BOUNKHAM PHONESAVANH and
ALECIA PHONESAVANH, Individually and :
as Parents of BOUNKHAM "BOU BOU"
PHONESAVANH,

    Plaintiffs,

vs.

CHARLES LONG in his Individual Capacity
MATTHEW WURTZ, in his Individual
Capacity, JASON STRIBLING, in his
Individual Capacity, NIKKI AUTRY, in her
Individual Capacity, MURRAY KOGOD, in his
Individual Capacity, JONATHAN ROBERTS,
in his Individual Capacity, SHERIFF JOEY
TERRELL, in his Individual Capacity,
PAUL CHESEBORO, in his Individual
Capacity, and JOHN DOE, in his Individual
Capacity,

    Defendants.

CIVIL ACTION FILE

NO. 2:15-CV-0024-RWS

## STIPULATION OF DISMISSAL OF DEFENDANTS ROBERTS AND CHESEBORO

COME NOW the Plaintiffs, by and through counsel, pursuant to a partial Settlement Agreement and with consent of counsel for Defendants Roberts and Cheseboro, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), does hereby

enter into this Stipulation of Dismissal of these named defendants only. The case will remain pending against all other Defendants.

This the 18th day of June, 2015.

                                          Respectfully submitted,

                                        /s/ Richard W. Hendrix
                                        Richard W. Hendrix
                                        Georgia Bar No. 346750
                                        Steven R. Wisebram
                                        Georgia Bar No. 771350
                                        Co-Counsel for Plaintiffs
                                        FINCH McCRANIE, LLP
                                        225 Peachtree Street, NE
                                        1700 South Tower
                                        Atlanta, GA 30303
                                        (404) 658-9070
                                        rhendrix@finchmccranie.com
                                        swisebram@finchmccranie.com

Consented to by:

/s/ Austin Perry
Austin Perry
Attorney for Defendants
Paul Cheseboro and Jonathan Roberts

## CERTIFICATE OF SERVICE

I hereby certify that on today's date, I electronically filed the above pleadings with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

John A. Dickerson
Austin L. Perry
McClure, Ramsay, Dickerson
 & Escoe, LLP
P. O. Drawer 1408
Toccoa, GA 30577

Bruce M. Edenfield, P.C.
232 East Main Street
Dahlonega, GA 30533

John C. Jones
248 Roswell Street
Marietta, GA 30060

Mawuli Mel Davis
Candice D. McKinley
Davis Bozeman Law, P.C.
4153 Flat Shoals Parkway,
Bldg C, Ste. 332
Decatur, GA 30034

Wayne S. Melnick
A. Ali Sabzevari
Freeman, Mathis & Gary, LLP
100 Galleria Parkway, Suite 1600
Atlanta, GA 30339-5948

This the 18th day of June, 2015.

/s/ Richard W. Hendrix
Richard W. Hendrix
Georgia Bar No. 346750
Steven R. Wisebram
Georgia Bar No. 771350
Co-Counsel for Plaintiffs
FINCH McCRANIE, LLP
225 Peachtree Street, NE
1700 South Tower
Atlanta, GA 30303
(404) 658-9070

rhendrix@finchmccranie.com
swisebram@finchmccranie.com

## CERTIFICATION OF FONT

This certifies that pursuant to LR 5.1, N.D., GA, the above and foregoing has been prepared using Times Roman New font, 14 point.

This 18th day of June, 2015.

                                   Respectfully submitted,

                                   *Richard W. Hendrix*
                                   Richard W. Hendrix
                                   Georgia Bar No. 346750
                                   Steven R. Wisebram
                                   Georgia Bar No. 771350
                                   Co-Counsel for Plaintiffs
                                   FINCH McCRANIE, LLP
                                   225 Peachtree Street, NE
                                   1700 South Tower
                                   Atlanta, GA 30303
                                   (404) 658-9070
                                   rhendrix@finchmccranie.com
                                   swisebram@finchmccranie.com