# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

**2:15-cv-00024-RWS**
**Phonesavanh et al v. Long et al**
**Honorable Richard W. Story**

Minute Sheet for proceedings held In Chambers on 2/26/2016.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:15 A.M.   COURT REPORTER: Amanda Lohnaas
TIME IN COURT: 00:15                DEPUTY CLERK:
OFFICE LOCATION: Gainesville

ATTORNEY(S) PRESENT: Richard Hendrix representing Bounkham (Bou Bou) Phonesavanh
Terry Williams representing Charles Long

PROCEEDING CATEGORY: Telephone Conference(Other Proceeding Non-evidentiary);

MINUTE TEXT: Court held a telephonic conference regarding settlement.